IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-10546
_____

IN THE MATTER OF: THE WAY APARTMENTS DT,

Debtor.

BEAL BANK SSB,

Appellee,

v.

THE WAY APARTMENTS DT,

Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas, Ft. Worth
(4:98-CV-12-A)
_____

January 8, 1999

Before POLITZ, Chief Judge, KING, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

We affirm the judgment of the district court for essentially the reasons given in its Memorandum Opinion and Order filed April 1, 1998. The mandate shall issue forthwith.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.